■ In the Matter of the Arbitration between UTICA MUTUAL INSURANCE COMPANY, Respondent, and MARY E. ERVIN, as Administratrix of the Estate of RUDOLPH V. ERVIN, JR., Also Known as RUDOLPH ERVIN, JR., Deceased, Appellant. — Order of the Supreme Court, Nassau County (Becker, J.), entered August 5, 1983, affirmed, with costs (see *Matter of Aetna Cas. & Sur. Co.*

[*Bruton*], 45 NY2d 871). Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.